IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:26-cr-00046 |
| v. | ) | Magistrate Beth W. Jantz |
| | ) | |
| **Jose Alberto Ramirez** | ) | |
| Defendant(s), | ) | |

## ORDER

    Removal proceedings held on 1/30/26. Defendant appears in response to arrest in the morning of 1/29/26. The Court finds defendant is unable to afford counsel. Enter order appointing Attorney Joshua Kutnick as counsel for defendant regarding these removal proceedings only. Defendant is advised of charges and informed of his rights. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. The Government orally moves for detention based on 18 U.S.C. 3142(f)(2)(A)&(B). However, the Court makes no finding under this statute, but instead finds the Government is entitled to a detention hearing under 18 U.S.C. 3142(f)(1)(A). The matter is set for a detention hearing on 2/3/26 at 3:15 p.m. in courtroom 1812. The matter of any Preliminary Examination will be addressed at the detention hearing, at the defense's request. Identity hearing waived by the defendant. Defendant is remanded into federal custody.

(00:15)

Date: 1/30/2026

Beth W. Jantz
United States Magistrate Judge