UNITED STATES OF AMERICA
                                                Plaintiff,

v.                                                                                Case No.: 1:26–cr–00046
                                                                                 Honorable Beth W. Jantz

Jose Alberto Ramirez
                                               Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2026:

    MINUTE entry before the Honorable Beth W. Jantz as to Jose Alberto Ramirez: Detention hearing held on 2/3/26. For all of the reasons stated on the record, the Government's oral motion for detention is GRANTED and the Defendant's motion for release is DENIED. Detention order to follow. Preliminary examination is waived by the defendant in the Northern District of Illinois, but the defendant reserves the right to a preliminary examination in the charging district. Defendant is ordered removed in the custody of the United States Marshal Service to answer the pending charges in the District of Minnesota forthwith. Mailed notice (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.